| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Zachary Zurek<br>Special Agent: Dustin Swensson, FBI | Telephone: (313) 226-0285<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Lincoln Erickson

Case: 2:25−mj−30751
Assigned To : Unassigned
Assign. Date : 12/10/2025
Description: CMP USA v Erickson
(SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 6, 2025 to December 10, 2025 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Dustin Swensson, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 10, 2025

_Judge's signature_

City and state: Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Dustin Swensson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2422(b), and 2252A. I am authorized by law to request an arrest warrant.

1

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Lincoln ERICKSON for violations of 18 U.S.C. § 2252A(a)(2) (receipt of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by Special Agents and Task Force Officers of the FBI and other law enforcement officers, information gathered from the service of administrative subpoenas, independent investigations and analysis by FBI agents/analysts, and my experience, training, and background. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

## PROBABLE CAUSE

5. In November 2025, the FBI obtained federal search warrants for the residence and person of SUBJECT-1. On November 13, 2025, agents executed those search warrants in the Eastern District of Michigan. During the execution of the search warrant the FBI interviewed SUBJECT-1 and confirmed his cell phone number.

6. On December 10, 2025, SUBJECT-1 was arrested based in part on the contents of the electronic devices that the FBI found at the home, including images of infants and toddlers being sexually penetrated by adult men.

7. FBI agents reviewed the contents of SUBJECT-1's phone. A conversation between SUBJECT-1 and phone contact "Lincoln Erikson," phone number XXX-XXX-0924, starts via text message and moves on to Telegram. In the beginning of the conversation, the user of phone number XXX-XXX-0924 identifies himself as "Lincoln Erikson."

8. On November 9, 2025, after discussing meeting in person for sexual intercourse, SUBJECT-1 asks ERICKSON if he has "[a]ny kinks," to which ERICKSON responds "Dad/son." SUBJECT-1 and ERICKSON both tell each other they like to be called "Dad" while doing dad/son roleplay. Both men then begin to discuss their sexual interest in children.

9. On the same day, ERICKSON tells SUBJECT-1 that he can "put some Russian boys on while we fuck[.]" Based on my training and experience, the contents of the conversation, and my knowledge of the FBI's investigation into SUBJECT-1, I believe ERICKSON's reference to Russian "boys" to be a reference to child pornography.

10. ERICKSON asks SUBJECT-1 if anyone else he knows is sexually interested in children. The men go on to discuss how ERICKSON has access to a

3

"Dad" who allows ERICKSON to sexually abuse his three-year-old son (as is clarified in a later conversation with SUBJECT-1 on Telegram).

11. ERICKSON volunteers that he lives in a specific apartment complex in Farmington Hills, Michigan. The men make plans to meet at ERICKSON's apartment for sex and to further discuss their mutual sexual interest in, and sexual abuse of, children. SUBJECT-1 also asks ERICKSON to install Telegram, which ERICKSON does.

12. On November 10, 2025, ERICKSON discusses with SUBJECT-1 how he previously "fucked a boy," and also discusses a fantasy about having a relationship with another man and having a child with that man, which they could "all just fuck" and groom "from baby to adulthood."

13. SUBJECT-1's phone also contains chats between himself and ERICKSON using Telegram dated between November 9, 2025, and November 12, 2025. This chat begins with SUBJECT-1 and ERICKSON discussing plans to travel to Thailand to sexually abuse children. ERICKSON then provides more details about his friend who is a father to a three-year-old, who ERICKSON sexually abused by forcing the three-year-old to perform oral sex.

14. SUBJECT-1 then sends ERICKSON a photo of an adult man holding a toddler in a diaper, which SUBJECT-1 says he found on Facebook. ERICKSON comments that he wants to "make out with him as you suck his little boy cock[.]"

4

ERICKSON then sends SUBJECT-1 two additional images of child erotica, including an image of a naked toddler running on the beach with his penis exposed.

15. On December 9, 2025, FBI obtained ERICKSON's driver's license information from the Michigan Secretary of State and identified his residence, which was consistent with the Farmington Hills residence information ERICKSON shared with SUBJECT-1. Law enforcement databases also show that ERICKSON is currently on probation for domestic violence for an incident that occurred in 2024. Probation records also associate ERICKSON with the Farmington Hills address. The FBI also discovered that ERICKSON is a medical resident associated with a public university.

16. On December 9, 2025, the FBI obtained a search warrant for ERICKSON's person and electronic devices. Agents located ERICKSON at a hospital in Detroit and executed the search warrant.

17. Agents approached ERICKSON in the parking lot and seized his phone. ERICKSON admitted to agents that he received child pornography that he thought was generated by Artificial Intelligence from a man in Chicago.

18. After a preliminary review of ERICKSON's phone, agents discovered the following chat with a Telegram User from December 6, 2025, where ERICKSON received numerous media files that meet the federal definition of child pornography:

5

**Erickson:** Hey stud *devil emoji*

**Telegram User:** Yo

**Telegram User:** You ever fucked a boy?

**Erickson:** Wanna talk about young boys with you as we fuck

**Erickson:** No, I wish

**Erickson:** You?

**Telegram User:** 16 was the youngest

**Erickson:** Damn, that's not young *devil emoji*

**Telegram User:** I wanna do 12

**Erickson:** I wanna go like 8-10

…

**Erickson:** Maybe you get

**Erickson:** Younger

**Telegram User:** Would you fuck a toddler?

**Erickson:** Maybe

**Erickson:** Definitely would play with him a lot

**Telegram User:** Got any vids?

**Erickson:** Nope

**Erickson:** You?

**Telegram User:** A few

6

**Erickson:** Send them please *drooling face emoji*

**Erickson:** Fuckkkk

**Telegram User:** And a bunch of AI images I made

**Erickson:** Bro, I love other pedophiles

**Erickson:** So hot

**Telegram User:** [Sends a video of a minor boy being anally penetrated by the penis of an unidentified man while the boy is performing oral sex on a different unidentified man]

**Telegram User:** [Sends a compilation of videos of a minor boy masturbating]

**Erickson**: Fuck he's cute

…

**Telegram User:** [Sends at least 15 images which appear to be Artificial Intelligence and/or computer-generated images depicting nude minor boys touching nude adult men]

7

## CONCLUSION

19. Based on the foregoing, there is probable cause to believe that Lincoln ERICKSON has committed violations of 18 U.S.C. § 2252A(a)(2) (receipt of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

_____
Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Date: ___December 10, 2025___